

Branch Offices
in Suffolk County:

150 Motor Parkway
Ste 401, Rm 424
Hauppauge, NY 11788

80 Orville Drive
Ste 100, Rm 225
Bohemia, NY 11716

# RONALD D. WEISS, P.C.
## ATTORNEY AT LAW

734 Walt Whitman Road., Suite 203, Melville, New York 11747
phone: (631)271-3737/3783 • fax: (631)271-3784
e: weiss@fresh-start.com

Branch Offices
in Nassau County:

626 RexCorp Plaza
Rm 681
Uniondale, NY 11556

1129 Northern Blvd
Ste 404
Manhasset NY 11030

April 4, 2022

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

In Re: Michael T. Froehlich & Lacey Froehlich
Case No.: 8-22-70138-ast

Honorable Sir:

This office represents Michael T. Froehlich and Lacey Froehlich, Debtor in the above referenced Chapter 13 matter. We are providing the Court with a status report concerning the Debtor's Loan Modification application process with Secured Creditor, U.S. Bank Truste National Association c/o Selene Fiance ("Selene") as it concerns the joint-Debtors' principal residence located at 8 Berwyn Drive, Ronkonkoma, NY 11779, Loan No.# 1280.

On March 30, 2022, our office submitted an executed Trial Modification Agreement to Counsel for the mortgagee by email. The trail modification payment is $3,958.97 beginning on April 1, 2022, with three more trial payments coming due May 1, 2022, June 1, 2022, and July 4, 2022. Taxes and Insurance are included in the trial payment amounts.

We ask the Court to allow time for the Debtor to complete the terms of his Trial Modification and receive a Permanent Loan Modification.

If you should have any questions or concerns, please do not hesitate to contact the undersigned at the number listed below.

Sincerely,

*/s/ Ronald D. Weiss, Esq.*
Ronald D. Weiss, Esq.
Ronald D. Weiss, P.C.

cc: Krista M. Preuss, Esq. (via ECF)

Shapiro DiCaro & Barak, Esq. (via ECF)
*Handling Loss Mitigation for Mortgagee*

All Parties (Via ECF)

*Bankruptcy Law • Reorganization • Foreclosure Defense • Mortgage Modification • Litigation Defense • Creditor Negotiations*